NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5135

ZOLTEK CORPORATION,

Plaintiff-Appellee,

v.

UNITED STATES,

Defendant,

and

LOCKHEED MARTIN CORPORATION,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in case no. 96-CV-166, Judge Edward J. Damich.

ON MOTION

## O R D E R

The Aerospace Industries Association moves for leave to file a brief amicus curiae. Zoltek Corporation moves without opposition for a 61-day extension of time, until May 17, 2010, to file its reply brief.

AIA further requests permission to participate in oral argument before the court. AIA may, if it wishes, file a separate motion to participate in oral argument after the case is assigned to an argument calendar.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion for leave to file a brief amicus curiae is granted.

(2)    AIA's request for leave to participate in oral argument is denied without prejudice to renewal.

(3)    Zoltek's motion for an extension of time to file its reply brief is granted. No further extensions will be granted.

FOR THE COURT

MAR 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Martin Green, Esq.
       Richad T. Ruzich, Esq.
       Anisha S. Dasgupta, Esq.
       Jerry Stouck, Esq.
       William C. Bergmann, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 3 2010

JAN HORBALY
CLERK

2009-5135                                    2